**Order entered May 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01310-CR

### RYAN CROOK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-70359**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Valencia Bush to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Ms. Bush to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **JULY 25, 2013.**

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4, and to Valencia Bush.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Ryan Crook, No. 12046964, North Tower, Dallas County Jail, P.O. Box 660334, Dallas, Texas 75266-0334.

.

/s/    DAVID EVANS
       JUSTICE